THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMAL S. HANSON,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 06-3683 (JBS/JS)<br><br>**ORDER** |

This matter is presently before the Court upon Defendant the United States of America's motion for summary judgment [Docket Item 39]; the Court having considered the parties' submissions in support thereof and opposition thereto; for the reasons expressed in the opinion of today's date; and for good cause show;

IT IS this   **26th**   day of **March, 2010** hereby

ORDERED that Defendant's motion for summary judgment shall be, and hereby is, **DENIED**.

                                      **s/ Jerome B. Simandle**
                                     Jerome B. Simandle
                                     United States District Judge